AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS



United States District Court
Southern District of Texas
FILED

NOV 2 2 2016

David J. Bradley, Clerk



UNITED STATES OF AMERICA
V.

**ASHLEY NICOLE GARCIA**

SUMMONS IN A CRIMINAL CASE

Case Number: **M-16-CR-642-01**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>U. S. DISTRICT COURT<br>Bentsen Tower, 1701 W. Bus. Hwy. 83<br>McAllen, TX 78501 | Room<br>8th Floor Courtroom |
|---|---|
| | Date and Time<br>**WEDNESDAY, NOVEMBER 16, 2016 AT 10:30 A.M.** |
| Before: **Hon. PETER E. ORMSBY, U. S. Magistrate Judge** | |

To answer a(n)
☐ Indictment ☐ Information ☐ Complaint ✗ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Violation of the terms and conditions of PROBATION Term imposed by the U. S. District Court on SEPTEMBER 2, 2016; then

Releasee also to appear before the **Hon. RICARDO H. HINOJOSA**, 11 Floor Courtroom, on **WEDNESDAY, DECEMBER 28, 2016 AT 9:30 A.M.** to show cause why his/her release should not be revoked.

DAVID J. BRADLEY, CLERK
Name and Title of Issuing Officer

Signature of Issuing Officer

NOVEMBER 2, 2016
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]     Date     ASHLEY NICOLE GARCIA (M-16-CR-642-01) |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: *1701 W. Business 83 McAllen, TX*

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    *11/16/16*          *G. Blankinship*
             Date                            Name of United States Marshal

                                                       (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.