PAB SNG/sr #(2324323)

United States District Court
Southern District of Texas

**ENTERED**
February 07, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS
### McAllen Division

UNITED STATES OF AMERICA

V.

Ashley Nicole Garcia
6800 Bagley Drive
Mission, Texas 78574

JUDGMENT IN A CRIMINAL CASE

Case Number:   M-16-642-01

Judith Odette Pena, AFPD
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

[[X] TRUE   [ ] NOT TRUE   [ ] NOLO CONTENDERE] on January 17, 2017, to violation of the mandatory condition and the special condition of supervision, imposed on September 2, 2016,   after the probationer was:

**CONVICTED OF THE OFFENSE(S) OF:** Transporting an alien within the U.S. for private financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II) and 1324(a)(1)(B)(i), for which the probationer was sentenced to a three (3) year Probation term.

**THE COURT FOUND THAT:**   The probationer violated the mandatory condition of Probation, in that she possessed and used a controlled substance, to wit: cocaine on or about October 11, 2016, November 16, 2016 and December 19, 2016, and the special condition, in that she failed to participate as directed in a drug/alcohol treatment program.

**IT IS THE JUDGMENT OF THIS COURT THAT:** the term of Probation not be revoked, and that the probationer be continued on the original Probation term imposed on September 2, 2016, under all the terms and conditions previously imposed by the Court, including any special conditions.  The Court further orders the following special condition:

> The defendant is restricted to her place of residence continuously, except for absences authorized by the probation officer for a period of 8 months, beginning at a time determined by the probation officer.  The probation officer may approve absences for gainful employment, religious, services, medical care, education or training programs, and at other times as may be specifically authorized by the probation officer.  Electronic monitoring may be used to monitor compliance with this condition; however, alternative means of surveillance may be used that will ensure compliance with this special condition.  If electronic monitoring is used, the defendant will incur costs associated with such monitoring, based on ability to pay as determined by the probation officer.

The defendant shall participate in program, inpatient or outpatient, for the treatment of drug addiction, dependency or abuse, which may include, but not be limited to urine, breath, saliva and skin testing to determine whether the defendant has reverted to the use of drugs. Further, the defendant shall participate as instructed and as deemed necessary by the probation officer and shall comply with all rules and regulations of the treatment agency until discharged by the program director, with approval of the probation officer. The defendant shall further submit to such drug-detection techniques, in addition to those performed by the treatment agency, as directed by the probation officer. The defendant will incur costs associated with such drug detection and treatment, based on ability to pay as determined by the probation officer.

The defendant is required to participate in a mental health program as deemed necessary and approved by the probation officer. The defendant will incur costs associated with such program, based on ability to pay as determined by the probation officer.

The defendant shall participate in an inpatient program for the treatment of drug and/or alcohol addiction, dependency or abuse, to begin immediately upon release from confinement for a period of up to 120 days as directed by the probation officer.

---

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States Marshal of this district.

[ ] The Court orders commitment to the custody of the U. S. Bureau of Prisons and recommends:

January 17, 2017
Date of Imposition of Sentence

*/s/ Ricardo H. Hinojosa*
Signature of Judicial Officer

Honorable Ricardo H. Hinojosa
U.S. District Judge
Name and Title of Judicial Officer

2/6/17
Date


# RETURN

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____ at
                                  Date

_____, the institution designated by the U.S. Bureau of Prisons, with a certified copy of this Judgment in a Criminal Case.

                                                    _____
                                                    United States Marshal

                                       By   _____
                                                            Deputy Marshal